WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The Pinal Creek Group, et al., | CIV 91-1764 PHX DAE (LOA) |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| Newmont Mining Corp., et al., | |
| Defendants. | |

Pursuant to the Stipulation between Plaintiff BHP Copper Inc. ("BHP"), and Defendant CanadianOxy Offshore Production Company ("COOPCO"), and good cause appearing:

IT IS ORDERED as follows:

1. The claims of BHP for Property B source remediation asserted in the Fourth Amended Complaint against COOPCO premised upon COOPCO's alleged liability as an "owner," "operator," and/or "arranger" of facilities at the Pinal Creek Drainage Basin under the Comprehensive Environmental Response, Compensation and Liability Act of 1980 ("CERCLA"), 42 U.S.C. §§ 9601 *et seq.*; Arizona's Water Quality Assurance Revolving Fund ("WQARF"), A.R.S. §§ 49-281 *et seq.*; and/or the Uniform Contribution Among Tortfeasors Act ("UCATA"), A.R.S. § 12-2501 *et seq.*, are

543408.1/ 0101716

dismissed, without prejudice, with each party to bear its own costs and fees incurred to date in connection with the prosecution or defense of such claims.

2. BHP and COOPCO have executed an Alternative Dispute Resolution Agreement ("ADR Agreement") which provides for a binding ADR process as an alternative forum rather than the Phase II trial to resolve BHP's Property B source remediation claims against COOPCO.

3. This Order does not impact or modify BHP's continuing right to pursue BHP's groundwater remediation claims against COOPCO in the Phase II trial.

4. Accordingly, BHP and COOPCO have deferred resolution of BHP's Property B source remediation claims against COOPCO premised on COOPCO's alleged liability as "owner," "operator," and/or "arranger" of facilities at the Pinal Creek Drainage Basin until after the Phase II trial. Any defense of limitations, laches, repose, or other defense premised on the passage of time shall be tolled pending the final resolution of such claims of BHP against COOPCO.

5. This Order does not effect a settlement or release of BHP's CERCLA/WQARF claims against COOPCO as asserted by BHP in the Fourth Amended Complaint.

6. This Order does not prevent BHP from recovering Property B source remediation response costs from COOPCO by means of the alternative dispute resolution procedures in the ADR Agreement.

7. This Order shall not increase, decrease, or modify the claims, defenses, rights and/or obligations of the parties hereto other than as expressly stated herein.

Dated: this 12th day of April, 2006.

Lawrence O. Anderson
The Honorable Lawrence O. Anderson
United States Magistrate Judge

543408.1/ 0101716