**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Pinal Creek Group, et al., | ) | No. CV-91-1764-PHX-DAE (LOA) |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| Newmont Mining Corp., et al., | ) | |
| Defendants. | ) | |

     This matter arises on the Parties' Stipulated Request for an Expedite Briefing Schedule and Request for an Expedited Decision regarding BHP's Motion to Compel Production of Experts' Work Files in the Possession of Golder Associates, Inc.

     The Parties further stipulate that if the Court requires PDMI/Inspiration to produce all or part of the Glder documents requested, BHP will be entitled to re-open the Fetter, Bethke and/or Brown depositions as appropriate to address with the experts those documents, if any, ordered by the Court to be produced to BHP.

     Good cause appearing and upon stipulation of the Parties,

     **IT IS HEREBY ORDERED** that the Parties shall proceed under the following Expedited Briefing Schedule:

     1. April 25, 2006         BHP files its Motion to Compel Production

     2. May 8, 2006           PDMI/Inspiration file their Resonse to BHP's Motion

1   3.  May 12, 2006          BHP files its Reply

2   DATED this 27th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge

- 2 -