**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Pinal Creek Group, et al., | ) | No. CV-91-1764-PHX-DAE-(LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Newmont Mining Corp, et al., | ) | |
| Defendants. | ) | |

Upon a review of the Court's docket and a review of the Notice of Electronic Filing on the Court's most recent Order (Dkt. #1808), there are ten attorneys listed as receiving Notice by other means.  These attorneys are:

        William Anthony Bianco
        David Graham& Stubbs, LLP
        1550 17th Street, Suite 500
        Denver, CO 80202

        Patrick Ward Dennis
        Weston Benshoof Rochefort Rubalcava & MacCuish LLP
        333 S. Hope Street, 16th Floor
        Los Angeles, CA 90071

        Michael John Gallagher
        Davis Graham & Stubbs LLP
        1550 17th Street, Suite 500
        Denver, CO 80202

        Ernest John Getto
        Latham & Watkins
        633 West 5th Street, Suite 4000
        Los Angeles, CA 90071-2007

James L. Lucari
BP North America, Inc.
4101 Winfield Road
Mail Code 4W
Warren, IL 60555

Dean C. Miller
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202

Laura J. Nagle
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO 80202

Richard Scott Pearson
Latham & Watkins
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071-2007

John Marquette Rochefort
Weston Benshoof Rochefort Rubalcava & MacCuish LLP
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071

Michael David Young
Weston Benshoof Rochefort Rubalcava & MacCuish LLP
333 S. Hope St.
16th Floor
Los Angeles, CA 90071

The above listed counsel shall familiarize themselves with this Court's Electronic Case Filing requirements as set forth on the Court's Internet Page located at http://www.azd.uscourts.gov/ and as set forth in the Court's ECF Administrative Policies and Procedures Manual effective April 3, 2006.

If the above-listed counsel wish to continue to receive notices and copies of filings in this case, they shall comply with all requirements set forth in the ECF Administrative Policies and Procedures Manuel **no later than July 28, 2006** or their names shall be removed from the list of Notices to be delivered by other means on the Notices of Electronic Filings issued in this case.

If any of the above-listed counsel do not have the hardware and software and other requirements listed in the Attorney Registration for Electronic Case Filing

section on the Court's ECF Internet Page, they shall comply with Section I.B.3.d. of the Administrative Policies and Procedures Manual seeking exemption.

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate those attorneys names from the recipient list to receive notices by other means who have not complied with this Order by the July 28, 2006 deadline.

DATED this 30th day of June, 2006.

Lawrence O. Anderson
United States Magistrate Judge