**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Pinal Creek Group, et al., ) | No. CV-91-1764-PHX-DAE (LOA) |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Newmont Mining Corp., et al., ) | |
| Defendants. ) | |

Pursuant to Golder's Motion To Vacate Response Deadline And For Scheduling Conference And Order By Golder Associates, Inc. (docket # 1822), filed on August 3, 2006, and good cause appearing,

**IT IS ORDERED** that Golder's Motion To Vacate Response Deadline And For Scheduling Conference etc. (docket # 1822) is **GRANTED** to the extent that the Court hereby extends the briefing schedule on Plaintiff BHP's Motion For An Expedited Order And Briefing Schedule To Extend all Remaining Deadlines (docket # 1814) and Defendant Canadianoxy's joinder in said motion (docket # 1815).

**IT IS FURTHER ORDERED** that PDMI, Inspiration and Golder shall file separate Responses to the pending motion on or before **5:00 p.m. on Monday, August 21, 2006**. BHP and Canadianoxy shall file their joint Reply to both Responses on or before **5:00 p.m. on Thursday, August 31, 2006**.

**IT IS FURTHER ORDERED** that the undersigned will conduct oral argument on the motion for sanctions on **Thursday, September 7, 2006 at 3:30 p.m.**

**IT IS FURTHER ORDERED** that Golder's request for a scheduling conference is **DENIED**.

Dated the 4th day of August, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -