**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Pinal Creek Group, et al., ) | No. CV-91-1764-PHX-DAE (LOA) |
| Plaintiffs, ) | **ORDER** |
| vs. ) | |
| Newmont Mining Corp., et al., ) | |
| Defendants. ) | |

Good cause appearing to immediately rule on the subject motion,

**IT IS ORDERED** that PDMI's and Inspiration's Emergency Motion To Stay Order Dated August 20, 2006 (docket # 1850), filed on Friday, September 1, 2006, is **GRANTED**. The Clerk, and any party herein, shall not disclose the Norris/Fetter documents or any other documents identified in the September 1, 2006 Order (docket # 1849) until further order of the Court. The order entered today is expressly conditioned upon PDMI's and Inspiration's timely filing written Objections and is entered to maintain the status quo until such time as PDMI's and Inspiration's Objections may be heard by the assigned District Judge.

Dated the 5th day of September, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge