**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| The Pinal Creek Group, et al., | ) | No. CV-91-1764-PHX-DAE (LOA) |
| Plaintiffs, | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| Newmont Mining Corp, et al., | ) | |
| Defendants. | ) | |

This matter arises on the Court's review of the file.  On June 30, 2006, the undersigned issued an order (docket #1809) directing ten attorneys whose names appeared on Notices of Electronic Filings as receiving Notice By Other Means (non-electronic notice) to familiarize themselves with this District Court's Electronic Case Filing ("ECF") requirements as set forth on the Court's internet website located at http://www.azd.uscourts.gov/ and as set forth in the Court's ECF Administrative Policies and Procedures Manuel, effective April 3, 2006.

The Court further advised the ten attorneys if they wished to continue to receive notices and copies of filings in this case, they should comply with the requirements set forth in the ECF Administrative policies and Procedures Manuel no later than July 28, 2006 or their names might be removed from the list of Notices By Other Means on the Notices of Electronic Filings issued in this case.  The Court's order further advised the ten attorneys if they do not have the hardware, software and other necessary equipment listed in the Attorney Registration for Electronic Case Filing section on the Court's ECF Internet Page, they should seek an

exemption outlined in Section I (B)(3)(d) at page 3 of the Administrative Policies and Procedures Manual.

The July 31, 2006 deadline has come and gone. Six attorneys have apparently not complied with the Court's order and the Administrative Policies and Procedures Manual. The following attorneys still appear on Notice by Other Means in the Court's Notices of Electronic Filings. They are:

1. William Anthony Bianco
   Davis Graham & Stubbs, LLP
   1550 17th Street
   Suite 500
   Denver, CO 80202

2. Michael John Gallagher
   Davis Graham & Stubbs, LLP
   1550 17th Street
   Suite 500
   Denver, CO 80202

3. James L. Lucari
   BP North America, Inc.
   4101 Winfield Road
   Mail Code 4 W
   Warrenville, IL 60555

4. Dean C. Miller
   Davis Graham & Stubbs, LLP
   1550 17th Street
   Suite 500
   Denver, CO 80202

5. Laura J. Nagle
   Davis Graham & Stubbs, LLP
   1550 17th Street
   Suite 500
   Denver, CO 80202

6. Richard Scott Pearson
   Latham & Watkins
   633 W. Fifth Street
   Suite 4000
   Los Angeles, CA 90071-2007

"Rules 5 and 83 of the Federal Rules of Civil Procedure authorize the district courts to establish practices and procedures for filing, signing and verifying documents by electronic means." Gen. Order 05-17. Consistent with this authorization, the District of Arizona has implemented an electronic case filing system and has established rules and policies

by which attorneys must abide. <u>Id</u>.  It is within the district court's inherent power to impose consequences for those attorneys who fail to comply with orders regarding the manner in which documents are filed or communicated to and amongst counsel. Since the reasonable period of time aforesaid counsel was given to comply with this Court's order of June 20, 2006 (docket #1809) has passed, the Court hereby orders counsel William Anthony Bianco, Michael John Gallagher, James L. Lucari, Dean C. Miller, Laura J. Nagle, and Richard Scott Pearson to show cause in writing on or before **September 29, 2006** why this Court should not enforce its previous directions to the Clerk of the Court and terminate the names of these six attorneys from the recipient list to receive Notices By Other Means who have apparently not complied with this Court's Orders and ECF Manual by the **September 29, 2006** deadline.

Accordingly,

**IT IS HEREBY ORDERED** that counsel William Anthony Bianco, Michael John Gallagher, James L. Lucari, Dean C. Miller, Laura J. Nagle, and Richard Scott Pearson, individually or collectively, show cause in writing on or before **September 29, 2006** why this Court should not enforce its previous directions to the Clerk of the Court and terminate the names of these six attorneys from the recipient list to receive Notices By Other Means for failure to comply with this Court's Orders and ECF Manual.

**DATED** this 11th day of September, 2006.

Lawrence O. Anderson
United States Magistrate Judge