**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Pinal Creek Group, consisting of Phelps Dodge Miami, Inc., Inspiration Consolidated Copper Company, and BHP Copper, Inc.,<br><br>    Plaintiffs,<br><br>vs.<br><br>Newmont Mining Corporation; *et al.*<br>    Defendants. | No. CV-91-1764-PHX-DAE (LOA)<br><br>**ORDER** |

On the undersigned's own motion, I recuse from this case.

**IT IS ORDERED** that pursuant to LRCiv 3.8(a), the Clerk shall, by random selection, reassign the reference of this case to another magistrate judge.

DATED this 17th day of October, 2006.

/s/ Lawrence O. Anderson
Lawrence O. Anderson
United States Magistrate Judge